IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE PAUL HOWARTH, | No. 4:18-CV-00058 |
| Plaintiff. | (Judge Brann) |
| v. | |
| DOUGLAS MORLEY, | |
| Defendant. | |

### ORDER

**AND NOW**, this 15th day of May 2018, upon review of Chief Magistrate Judge Susan E. Schwab's Report and Recommendation for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 22) is **ADOPTED** in its entirety;

2. Plaintiff's "motion to dismiss," loosely construed as a notice of voluntary dismissal pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), (ECF No. 19) is **GRANTED**;

3. This action is **DISMISSED** without prejudice; and

4. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge